IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARVIN ENRIQUE PENA PORTILLO     :     CIVIL ACTION
    :
   v.     :     No. 26-4265
    :
STEVEN ANGELUCCI, *in his official*     :
*capacity as Warden of Curran Fromhold*     :
*Correctional Facility in Philadelphia, et al.*     :

## ORDER

AND NOW, this 26th day of June, 2026, upon consideration of the joint email request from Petitioner and the federal Respondents for a teleconference regarding the above-captioned habeas matter, it is ORDERED the request is GRANTED. A teleconference shall be held on July 1, 2026 at 10:00 a.m. Dial-in information for the call will be circulated separately.

It is further ORDERED Petitioner shall advise the Court of the status of service of the Petition on the state Respondent, Steven Angelucci, Warden of the Curran Fromhold Correctional Facility, on or before June 29, 2026.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.