IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARVIN ENRIQUE PENA PORTILLO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-4265 |
| | : | |
| STEVEN ANGELUCCI, *in his official* | : | |
| *capacity as Warden of Curran Fromhold* | : | |
| *Correctional Facility in Philadelphia, et al.* | : | |

## **ORDER**

AND NOW, this 26th day of June, 2026, it is ORDERED the teleconference scheduled for July 1, 2026 is RESCHEDULED to **Monday, June 29, 2026 at 2:45 p.m.**  Dial-in information for the call will be circulated separately.  Petitioner shall advise the Court of the status of service of the Petition on the state Respondent, Steven Angelucci, Warden of the Curran Fromhold Correctional Facility, in advance of the call.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.