IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARVIN ENRIQUE PENA PORTILLO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-4265 |
| | : | |
| STEVEN ANGELUCCI, *in his official* | : | |
| *capacity as Warden of Curran Fromhold* | : | |
| *Correctional Facility in Philadelphia, et al.* | : | |

## ORDER

AND NOW, this 29th day of June, 2026, following a June 29, 2026 teleconference with the parties, it is ORDERED:

1. The Court RESERVES RULING on the issue of whether it has jurisdiction over the instant habeas corpus petition pending submission of supplemental briefing on this issue.

2. The parties shall submit letter briefs addressing the issue of the Court's jurisdiction on or before July 8, 2026.

3. With the agreement of the parties, the Court's June 22, 2026 Order (ECF No. 2) is MODIFIED insofar as Petitioner may be transferred to the Moshannon Valley Processing Center in accordance with the Writ of Habeas Corpus Ad Testificandum issued by the Court of Common Pleas of Philadelphia County on January 8, 2026 (ECF No. 4-1).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.